IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANGEL F. GARCIA,<br><br>        Defendant. | **4:15CR3093**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review evidence, (Filing No. 24), is granted.

2) Defendant's expert, Daniel Mienke, is allowed to review the electronic devices seized from the Defendant, and the storage medium within the same, or exact duplicates of the storage medium within the Defendant's electronic devices which were seized in this matter, and is allowed to do so at the office of the United States Attorney in Sioux Falls, South Dakota.

October 13, 2015

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge