UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:15CR3093 |
|---|---|
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| ANGEL F. GARCIA, | |
| Defendant. | |

This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 54). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On April 8, 2016, the Court entered a Preliminary Order of Forfeiture (Filing No. 45) pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and 2253, based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States:

   1. Thermaltake tower computer ID W0377NUHI000363;
   2. Black Toshiba portable drive, Serial Number: 714FCIUTMC3;
   3. Seagate 160 GB portable hard drive, Serial Number: 5MA5EYIJ;
   4. Western Digital My Book external hard drive Serial Number: WCAV53796527;
   5. Western Digital My Book external hard drive Serial #WCC4ED521777;
   6. HP black table computer;
   7. HP black tablet computer;
   8. Acer white mini laptop computer Serial Number: NUSH7AA0073070CF681601;
   9. Sony PS4 Serial Number: MB056588873;
   10. IPad air tablet computer;
   11. Dell red tablet computer in green case;
   12. Toshiba tablet in green case Serial Number: PDW094-001002;
   13. Motorola cell phone;

1

14. HTC cell phone;
    15. Dell black tablet with no case;
    16. Western Digital My Book external hard drive Serial Number: WCAU47038151;
    17. Western Digital external hard drive Serial Number: WCAZA1820812;
    18. Western Digital external hard drive Serial Number: WCAVY3164358;
    19. Western Digital TV live media player Serial Number: WNVl 94910346;
    20. Tablet computer in Unicom Beetle case;
    21. Eleven (11) USB thumb drives;
    22. Barracuda 160 GB hard drive Serial Number: PR13291296;
    23. Sandisk 240 GB SSD drive Deepcool tower Serial Number: 144232401452;
    24. Tegra Note 7 tablet computer;
    25. Seagate external hard drive Serial Number: NA4J2RHE;
    26. Western Digital 80 GB IDE drive removed from black computer tower with no identification information on it Serial Number: WCAJ93571776;
    27. Emachines laptop computer;
    28. Seagate 750 GB hard drive Serial Number: SWS3NGKJ;
    29. Zotac minicomputer Serial Number: G143000001659; ·
    30. Western Digital My Cloud external drive Serial Number: WCC4E0537164;
    31. Western Digital external hard drive Serial Number: WMC1T1847597;
    32. Raspberry PI minicomputer with SD card;
    33. Dell laptop in Oakley carry case Serial #3PZURS1;

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 9, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on June 21, 2016 (Filing No. 53).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

1. Thermaltake tower computer ID W0377NUHI000363;
2. Black Toshiba portable drive, Serial Number: 714FCIUTMC3;
3. Seagate 160 GB portable hard drive, Serial Number: 5MA5EYIJ;
4. Western Digital My Book external hard drive Serial Number: WCAV53796527;
5. Western Digital My Book external hard drive Serial #WCC4ED521777;
6. HP black table computer;
7. HP black tablet computer;
8. Acer white mini laptop computer Serial Number: NUSH7AA0073070CF681601;
9. Sony PS4 Serial Number: MB056588873;
10. IPad air tablet computer;
11. Dell red tablet computer in green case;
12. Toshiba tablet in green case Serial Number: PDW094-001002;
13. Motorola cell phone;
14. HTC cell phone;
15. Dell black tablet with no case;
16. Western Digital My Book external hard drive Serial Number: WCAU47038151;
17. Western Digital external hard drive Serial Number: WCAZA1820812;
18. Western Digital external hard drive Serial Number: WCAVY3164358;
19. Western Digital TV live media player Serial Number: WNVl 94910346;
20. Tablet computer in Unicom Beetle case;
21. Eleven (11) USB thumb drives;
22. Barracuda 160 GB hard drive Serial Number: PR13291296;
23. Sandisk 240 GB SSD drive Deepcool tower Serial Number: 144232401452;
24. Tegra Note 7 tablet computer;
25. Seagate external hard drive Serial Number: NA4J2RHE;
26. Western Digital 80 GB IDE drive removed from black computer tower with no identification information on it Serial Number: WCAJ93571776;
27. Emachines laptop computer;
28. Seagate 750 GB hard drive Serial Number: SWS3NGKJ;
29. Zotac minicomputer Serial Number: G143000001659; ·
30. Western Digital My Cloud external drive Serial Number: WCC4E0537164;
31. Western Digital external hard drive Serial Number: WMC1T1847597;
32. Raspberry PI minicomputer with SD card;
33. Dell laptop in Oakley carry case Serial #3PZURS1;

C. The aforementioned properties described above, be, and the same hereby are, forfeited to the United States of America.

D.  The United States is directed to dispose of said properties in accordance with law.

DATED this 24th day of June, 2016.

BY THE COURT:


s/ *Richard G. Kopf*
Senior United States District Judge